**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 21, 2010**

_____

BK1007330
ISS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-56385 |
| Anna Jean Rice<br>Ricky Lynn Rice | Chapter 13 |
| | Judge Hoffman Jr. |
| Debtors | |
| | **ORDER FOR RELIEF FROM STAY OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY (PROPERTY ADDRESS: 253 MIDDLE DRIVE, WEST JEFFERSON, OH 43162) (DOCKET #31)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company ("Movant") on August 26, 2010 as Pacer Document #31

for the property located at 253 Middle Drive West Jefferson, OH 43162.

Movant has alleged that good cause exists for granting the Motion and that debtors, counsel for Debtors, the Chapter 13 Trustee, and all necessary parties were served with the Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice of hearing by the Clerk on August 26, 2010. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1.  The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and/or assigns.

2.  The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtors.


**SO ORDERED**


/s/ Erin A Jochim
Erin A Jochim, Case Attorney
Bar Registration No.0077062
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
Email: sohbk@lsrlaw.com



COPIES TO:

DEFAULT LIST

PNC Bank - Creditor
PO Box 94982
Cleveland, OH 44101
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###